JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED L. HOLLAND, <br><br> Plaintiff, <br><br> vs. <br><br> PARAGON SYSTEMS, INC. dba PARASYS, INC., a Virginia corporation, and DOES 1 to 10, inclusive, <br><br> Defendants. | Case No. 2:15-cv-01197-AB-MRW <br><br> [~~PROPOSED~~] <br> **ORDER RE: JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE, PURSUANT TO F.R.C.P. SECTION 41(A)(1)(A)(II)** <br><br> Judge:   Hon. André Birotte Jr. <br> Courtroom No.: 4 - 2nd Floor <br><br> Magistrate: Hon. Michael R. Wilner <br> Courtroom No.: H - 9th Floor |

The above-captioned action is hereby dismissed with prejudice in accordance with the Parties' stipulation.

IT IS SO ORDERED.

DATED: March 16, 2016

_____
Hon. André Birotte Jr.
U.S. District Court Judge